UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DONNA HEDGES, *on behalf of herself and all other persons similarly situated*,

           Plaintiff,

v.

OHIO CHRISTIAN UNIVERSITY,

           Defendant.

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:

20-CV-8581 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On October 16, 2020, this Court ordered the parties submit a joint status within 45 days of service of the summons and complaint. Dkt. 6. On October 28, 2020, Defendant waived service of process. Dkt. 7. Accordingly, the parties' joint status letter was due December 12, 2020. To date, the parties have not submitted a status update. No later than January 4, 2021, the parties shall do so. **If the parties fail to comply with the Court's order, the Court may dismiss this action for failure to prosecute under Federal Rule of Civil Procedure 41(b)**.

SO ORDERED.

Dated:    December 28, 2020
           New York, New York

                                        RONNIE ABRAMS
                                        United States District Judge