UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DONNA HEDGES, *on behalf of herself and all other persons similarly situated*,

          Plaintiff,

v.

OHIO CHRISTIAN UNIVERSITY,

          Defendant.

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:   1-19-21

20-CV-8581 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On December 28, 2020, Defendant filed a motion to dismiss this action. Dkt. 9. Plaintiff informed the Court on January 11, 2021, that she intends to file an amended complaint in light of the motion to dismiss. Dkt. 16. To date, she has not done so. No later than February 1, 2021, Plaintiff shall file her amended complaint.

Within fourteen days of service of the amended complaint, Defendant shall (1) file an answer; (2) file a new motion to dismiss; or (3) submit a letter to the Court and Plaintiff stating that it relies on the previously filed motion to dismiss. *See* Judge Abrams's Individual Rules & Practices in Civil Cases (available at https://www.nysd.uscourts.gov/sites/default/files/practice_documents/Judge%20Abrams%20-%20Individual%20Rules%20of%20Practice%20in%20Civil%20Cases.pdf).

SO ORDERED.

Dated:   January 19, 2021
           New York, New York

                                          RONNIE ABRAMS
                                          United States District Judge